David Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN: 304022)
wadea@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
NCC BUSINESS SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA GOLISH,<br><br>        Plaintiff,<br><br>vs.<br><br>NCC BUSINESS SERVICES, INC.,<br><br>        Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant NCC BUSINESS SERVICES, INC., hereby files this notice of removal under 28 U.S.C. §1446(a).

## INTRODUCTION

1. Defendant is NCC BUSINESS SERVICES, INC., ("Defendant"); Plaintiff is INNA GOLISH ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on January 5, 2017, in the Superior Court of California, County of Los Angeles,

Case No. 17K00261. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. On January 9, 2017, the Summons and Complaint was served upon Defendant.

4. As service was deemed complete on January 9, 2017, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

### A. BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Claim involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.)("FDCPA") and the Telephone Consumer Protection Act (47 U.S.C. §227, *et seq.*)("TCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### B. JURY DEMAND

8. Defendant demands a jury trial.

///

///

{00061277;1}

2

NOTICE OF REMOVAL

## C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the FDCPA and TCPA.

DATED: February 6, 2017           CARLSON & MESSER LLP


By: /s/ Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
NCC BUSINESS SERVICES, INC.,