1  David Kaminski (SBN: 128509)
   kaminskid@cmtlaw.com
2  Alex A. Wade (SBN: 304022)
   wadea@cmtlaw.com
3  **CARLSON & MESSER LLP**
   9841 Airport Boulevard, Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   NCC BUSINESS SERVICES, INC.

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 INNA GOLISH,                         CASE NO.: 2:17-cv-00948-JAK-E

12         Plaintiff,                   **NOTICE OF SETTLEMENT**

13

14 v.

15 NCC BUSINESS SERVICES, INC.

16         Defendant.

17

18 **TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD**
19 **HEREIN:**

20     PLEASE TAKE NOTICE that a settlement has been reached between
21 Plaintiff, INNA GOLISH, and Defendant, NCC BUSINESS SERVICES, INC.
22 The parties anticipate that they will complete the settlement, and file a
23 stipulation of dismissal, within 45 days from the date of this notice.
24 ///
25 ///
26 ///
27 ///
28

                                    1                    NOTICE OF SETTLEMENT
                                                         2:17-cv-00948-JAK-E

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

Dated: June 5, 2017 **CARLSON & MESSER LLP**

By: /s/Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
NCC BUSINESS SERVICES, INC.